Christopher A. Minier (State Bar No. 190705)
cminier@ringstadlaw.com
RINGSTAD & SANDERS LLP
2030 Main Street, 12th Floor
Irvine, CA 92614
Telephone: (949) 851-7450
Facsimile: (949) 851-6926

General Counsel for Steven M. Speier,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**SCOT KIMBLE,**<br><br>　　　　　Debtor. | CASE NO. 6:10-33751 DS<br><br>Chapter 7 Proceeding<br><br>**DECLARATION OF CHAPTER 7 TRUSTEE STEVEN M. SPEIER REGARDING FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RINGSTAD & SANDERS, LLP**<br><br>Hearing:<br>Date:　[TO BE SET]<br>Time:　[TO BE SET]<br>Place:　Courtroom 304<br>　　　　3420 Twelfth Street<br>　　　　Riverside, CA 92501 |

### DECLARATION OF STEVEN M. SPEIER

I, Steven M. Speier, declare:

1.　I have personal knowledge of the facts set forth below, and if called upon as a witness, I could and would competently testify thereto. I am the duly appointed Chapter 7 trustee for the bankruptcy estate of *In re Scot Kimble*, U.S.B.C. Case No. 6:10-33751 DS (the

439802.2

1  "Bankruptcy Case"). Scot Kimble (the "Debtor") commenced his Bankruptcy Case On July 28,
2  2010, by the filing of a voluntary Petition under Chapter 7.
3      2.     I make this Declaration with regard to the First and Final Application for
4  Allowance and Payment of Fees and Reimbursement of Expenses of Ringstad & Sanders, LLP,
5  General Counsel for Chapter 7 Trustee (hereafter the "Fee Application").
6      3.     I have reviewed the Fee Application and the documents attached thereto, as well as
7  the billing statements of Ringstad & Sanders, LLP, for the services it rendered as my general
8  counsel in the above-referenced case for the period of January 31, 2011, through July 13, 2012,
9  and have the following comments thereto:
10     (X)     No objection;
11     ( )     An objection is raised as set forth below.

24     I declare under penalty of perjury pursuant to the laws of the United States that the
25 foregoing is true and correct. Executed this 20th day of August, 2012, at Irvine, California.

Steven M. Speier

439802.2

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2030 Main Street, Suite 1200, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF CHAPTER 7 TRUSTEE STEVEN M. SPEIER REGARDING FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RINGSTAD & SANDERS, LLP will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 21, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Anne W Hamann    ahamann@piteduncan.com, ecfcacb@piteduncan.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- Harlene Miller    harlene@pagterandmiller.com, pandm@pagterandmiller.com
- Christopher Minier    becky@ringstadlaw.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 21, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** Scot Kimble, 3355 Gingerwood Road, Ontario, CA 91761

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 21, 2012, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**Via Federal Express**: Honorable Deborah J. Saltzman, U.S. Bankruptcy Court, Central District of California, 3420 Twelfth Street, Suite 385, *Bin Outside RS Courtroom 304*, Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2012 | Arlene Martin | */s/ Arlene Martin* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE